# STAN STANART
COUNTY CLERK, HARRIS COUNTY, TEXAS
PROBATE COURTS DEPARTMENT

22ND day of OCTOBER, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/23/2015 3:11:45 PM
CHRISTOPHER A. PRINE
Clerk

CLERK OF THE COURT OF APPEALS FOR THE
FIRST JUDICIAL DISTRICT (CIVIL APPEAL)
301 FANNIN STREET
HOUSTON, TEXAS 77002

ESTATE OF: BARBARA KELLEY JOSTE,
DECEASED
CAUSE NO.: 295,986-401

DONNA KOHLHAUSEN, AS INDEPENDENT
EXECUTOR OF THE ESTATE OF
VALLEYSSA JOSTE CERRA
APPELLANT

PROBATE COURT NO. TWO
HARRIS COUNTY, TEXAS

VS.

BRIAN KEITH BAXENDALE, AS INDEPENDENT
EXECUTOR OF THE ESTATE OF KELLEY
WILLIAM JOSTE AKA WILLIAM KELLEY JOSTE
APPELLEE

TINA WHITE,
COURT REPORTER

APPELLANT ATTORNEY OF RECORD
NAME:              JOSEPH R. MARRS
ADDRESS:           500 DALLAS STREET, SUITE 1350
                   HOUSTON, TEXAS 77002
TELEPHONE#:        713-609-9503
FAX #              713-583-5825
EMAIL ADDRESS:     JMARRS@JMEHLAW.COM
TEXAS STATE BAR#: 24037029


ATTORNEY OF RECORD FOR APPELLEE
NAME:              JAMES H. STILWELL
ADDRESS:           1400 WOODLOCH FOREST DRIVE, STE. 590
                   THE WOODLANDS, TEXAS 77380
TELEPHONE#:        281-419-6200
FAX #              281-419-0250
EMAIL ADDRESS:     JAMES@MESLAWFIRM.COM
TEXAS STATE BAR#: 00794697

PBT-2015-344970

1

DATE OF JUDGMENT: **OCTOBER 6, 2015**
MOTION FOR NEW TRIAL FILED BY APPELLEE: **N/A**
CROSS-MOTION FOR JUDGMENT N.O.V. AND NEW TRIAL FILED: **N/A**
FINDINGS OF FACT AND CONCLUSION OF LAW FILED: **N/A**
MOTION FOR MISTRIAL FILED: **N/A**
JURY TRIAL: **NO**
APPEALS CONSOLIDATED UNDER THIS CAUSE: **N/A**
COMPANION CASES: **N/A**
NOTICE OF APPEAL FILED ON: **OCTOBER 21, 2015**

PBT-2015-344970

Sincerely,
STAN STANART,
Harris County Clerk

/S/ ALIESA M. MCLEOD
ALIESA M. MCLEOD, DEPUTY
Probate Courts Department
(713)755-6425

SS/AMM

DV



FILED
10/21/2015 10:23:00 AM
Stan Stanart
County Clerk
Harris County

Cause No. 295986-401

| | | |
|---|---|---|
| DONNA KOHLHAUSEN, as Independent Executor of the Estate of Valleyssa Joste Cerra, Plaintiff, | § § § § § | IN THE PROBATE COURT |
| v. | § § | No. 2 |
| BRIAN KEITH BAXENDALE, as Independent Executor of the Estate of Kelley William Joste aka William Kelley Joste, Defendant. | § § § § § § | OF HARRIS COUNTY, TEXAS |

## NOTICE OF APPEAL

Plaintiff Donna Kohlhausen, as Independent Executor of the Estate of Valleyssa Joste Cerra ("Plaintiff") appeals from the probate court's order granting Defendant Brian Keith Baxendale, as Independent Executor of the Estate of Kelley William Joste's motion for summary judgment signed on August 11, 2015, the probate court's order denying Plaintiff's motion for reconsideration signed on October 6, 2015, and all adverse interlocutory rulings that merged into the judgment. Plaintiff takes this appeal to either the First or Fourteenth Court of Appeals.

Plaintiff respectfully asks the trial clerk to send a copy of this notice of appeal immediately to the appellate court clerk and to the court reporter responsible for preparing the reporter's record.

1

3

Respectfully submitted,

JOHNS MARRS ELLIS & HODGE LLP

_____/s/ Joseph R. Marrs_____
Joseph R. Marrs
State Bar No. 24037029
jmarrs@jmehlaw.com
Leah K. Lanier
State Bar No. 24080068
llanier@jmehlaw.com
500 Dallas Street, Suite 1350
Houston, Texas 77002
(713) 609-9503
(713) 583-5825 fax

*Attorneys for Plaintiff Donna Kohlhausen, as
Independent Executor of the Estate of Valleyssa
Joste Cerra, Plaintiff*

2

## CERTIFICATE OF SERVICE

This is to certify that on October 21, 2015, a true and correct copy of the foregoing was sent to the following:

James H. Stilwell                                                 *Via E-Service*
1400 Woodloch Forest Drive, Ste. 590
The Woodlands, TX 77380
(281) 419-6200


                                        /s/ Joseph R. Marrs
                                        Joseph R. Marrs

3